IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
CENTRAL DIVISION

**LAURIE BORDOCK**                                                                                       **PLAINTIFF**

v.                                            **4:20-CV-01468-BRW**

**CITY OF EUREKA SPRINGS, ARKANSAS**                                              **DEFENDANTS**

## ORDER

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] Plaintiff is asking for $50,000,000 because a "nasty cop" ticketed her for camping in a parking lot. Because Plaintiff's Complaint is nonsensical and states no cause of action against Defendant for which relief may be granted, this case is DISMISSED. The Motion to Proceed *In Forma Pauperis* (Doc. No. 1) is DENIED.

IT IS SO ORDERED this 17th day of December, 2020.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).